
```
                                                                    110cv1428mins
```

Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____ RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____ START TIME: _____ END TIME: _____
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

=================================

_____                           _____
                                                         Plaintiff's Counsel
                vs

_____                           _____
                                                         Defendant's Counsel
=================================

## COURTROOM MINUTES- CIVIL

☐ Motion hearing             ☐ Show Cause Hearing
☐ Evidentiary Hearing        ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____