```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                    :
CHERYL FITZGERALD                   :
                                    :
                                    :
v.                                  :   CIV. NO. 3:10CV848 (WWE)
                                    :
CHUBB & SON INC.                    :
                                    :
                                    :
```

<u>CORRECTED RULING ON PENDING DISCOVERY MOTIONS</u>

Pending are plaintiff's Motion for Modification of the Court's June 20, 2011 Ruling on plaintiff's Motion for Reconsideration [Doc. #72] and Motion for Order for defendant's failure to fully comply with the Court's ruling dated May 4, 2011 [Doc. #83]. Oral argument was held on July 25, 2011.

1. <u>Settlement Authority</u>

Defendant will provide 2006 and 2007 settlement authority information for the employees assessed by Kelly Connors for the RIF.

2. <u>Background and Experience Information</u>

Defendant will provide the job applications and resumes contained in the personnel files for the employees whose scores were changed during the RIF process.

3. <u>E-mails of Jeffrey Yao and Kelly Connors</u>

The Court finds that plaintiff's Requests for Production Nos. 28 and 29 are overly broad. The parties will confer by telephone or in person to reach agreement on a proposal for search terms that would reasonably narrow the requests. If the

parties are unable to agree on narrower requests, they will submit separate proposals to the Court within fourteen (14) days. D. Conn. L. Civ. R. 37 (d). The Court will address the matter during a status conference to be scheduled if necessary.

    4.   <u>Interrogatory No. 15</u>

Defendant will provide the requested information within fourteen (14) days. D. Conn. L. Civ. R. 37 (d).

<u>CONCLUSION</u>

For the foregoing reasons, plaintiff's Motion for Modification **[Doc. #72]** is **GRANTED** in part and plaintiff's Motion for Order **[Doc. #83]** is **GRANTED** in part in accordance with this ruling.

Defendant will provide the information to plaintiff within fourteen (14) days of the filing of this order. D. Conn. L. Civ. R. 37(d).

A status conference will be scheduled if the parties are unable to reach an agreement on production requests nos. 28 and 29 within fourteen (14) days.

This is not a recommended ruling. This is a discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the

district judge upon motion timely made.

Entered at Bridgeport this 4th day of August 2011.


___/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE